**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| v. | ) ) | Case No.: 1:15-cv-1020-CRC |
| CASCO SECOND STREET, LLC, | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

_____

**MOTION FOR ADMISSION OF
HELEN H. ALBEE PRO HAC VICE**

Neil L. Henrichsen, an attorney in good standing of the District of Columbia, as counsel for Defendant, Casco Second Street, LLC, in the above-referenced action, pursuant to United States District Court for the District of Columbia Local Rule 83.2, hereby respectfully moves the Court for an Order admitting Helen H. Albee *pro hac vice,* as additional counsel for Defendant, in the above-captioned case. Ms. Albee's Non-Member Declaration and Certificate of Good Standing accompanies this Motion.

WHEREFORE, Neil L. Henrichsen, pursuant to United States District Court for the District of Columbia Local Rule 83.2, respectfully requests that this Court issue an order admitting Helen H. Albee *pro hac vice* in the above-captioned case, good cause having been shown.

Dated: August 16, 2016               Respectfully submitted,

                                     By:   /s/ Neil L. Henrichsen
                                          Neil L. Henrichsen, D.C. Bar No. 420277
                                          HENRICHSEN SIEGEL, PLLC
                                          1150 Connecticut Avenue, N.W.
                                          Ninth Floor
                                          Washington, DC 20036
                                          Tel: (202) 862-4356
                                          Fax: (202) 379-9792
                                          Email: NHenrichsen@hslawyers.com
                                          Email:  service@hslawyers.com

                                          Attorneys for Defendant/Counter-Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served on August 16, 2016, via CM/ECF to the following:

Dennis Moore
Deputy General Counsel and Solicitor General
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C.  20002

Drake Zaharris
Patricia McHugh Lambert
James Benjamin
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204

                                         /s/ Neil L. Henrichsen
                                        Neil L. Henrichsen